■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES J. ANDERSON, Also Known as CHARLES ANDERSON, Also Known as CHARLES JAMES ANDERSON, Appellant. [979 NYS2d 888]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered October 31, 2012. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of sexual abuse in the first degree (Penal Law § 130.65 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TARIQ R.B., Appellant. [984 NYS2d 281]—Appeal from an adjudication of the Erie County Court (Sheila A. DiTullio, J.), rendered December 20, 2011. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY A. BROWN, Appellant. [984 NYS2d 281]—Appeal from an order of the Jefferson County Court (Kim H. Martusewicz, J.), dated October 19, 2012. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAIAH McCOY, Appellant. [979 NYS2d 888]—Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Ontario

County Court (Frederick G. Reed, A.J.), dated March 29, 2011. The order denied defendant's motion pursuant to CPL 440.10 to vacate the judgment convicting defendant of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.